UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| VS. | § | CRIMINAL NO. 4:05CR00301-001 |
| | § | |
| EDGAR LOPEZ BERTRAND | § | |
| | § | |

## ORDER RELEASING PASSPORT

On August 24, 2005, Edgar Lopez Bertrand, was sentenced to Time Served and two years supervised release following a plea of guilty to the charge of False Statement in Application for a United States Passport. At that time it was ordered that he surrender his passport to the Clerk of Court. During the period of supervised release, Mr. Bertrand's case has been inactive as he has resided in El Salvador the entire period. The defendant's period of supervised release is scheduled to expire on August 23, 2007.

After having considered the defendant's request and a response from the probation officer, the Court Orders that the passport in this case be returned to the defendant.

Signed on this _____ day of March, 2007, at Houston, Texas.

The Honorable Lee H. Rosenthal

United States District Judge